✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     **DISTRICT OF**     Massachusetts

United States of America

V.

Luis Angel Naranjo Rodriguez

## EXHIBIT AND WITNESS LIST

Case Number:  1:20-mj-07023-JCB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Wyshak & Abely | Peachy |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/13/2020 - 3/13/2020 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/13/2020 | | | Testimony by Special Agent Comorosky |
| | | | | | |
| 1 | | 3/13/2020 | Y | Y | Concord Massachusetts arrest report as to Luis Angel Naranjo Rodriguez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.